KC **FILED**

FILED

MAR 1 8 2008

Mar 13, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro
se party (that is, without an attorney).

NAME: _LARRY      ORUTA_
(Please print)

STREET ADDRESS: _P.O BOX 577811_

CITY/STATE/ZIP: _Chicago, IL 60657_

PHONE NUMBER: _773 - 326 7850_

CASE NUMBER: _____ 08CV1518
JUDGE LEFKOW
MAGISTRATE JUDGE KEYS

_____
Signature

_3- 13- 08_
Date