## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1518 | **DATE** | 3/28/2008 |
| **CASE TITLE** | Larry Oruta vs. Continental Airport Express | | |

**DOCKET ENTRY TEXT**

Plaintiff's application to proceed in forma pauperis [4] is granted. The clerk is directed to issue summonses for service of process on the defendants by the United States Marshal Service and the United States Marshal Service is directed to serve the complaint on the defendants. Plaintiff's motion for appointment of counsel [5] is granted. Matthew J. Straub, Ogletree Deakins Nash Smoak & Stewart PC, 20 South Clark St., 25th Floor, Chicago, IL 60603, 312-558 1424, is appointed to represent the plaintiff in accordance with counsel's trial bar obligations under the District Court's Local Rule 83.37.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|

Case 1:08-cv-01518   Document 7   Filed 03/28/2008   Page 1 of 1

08C1518 Larry Oruta vs. Continental Airport Express                                                                 Page 1 of  1