

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
MAR 13 2008
Mar 13, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LARRY ORUZA )
_____ )
_____ )
(Name of the plaintiff or plaintiffs) )
v. )
Continental Airport Express )
_____ )
(Name of the defendant or defendants) )

CIVIL ACTION

NO.

08CV1518
JUDGE LEFKOW
MAGISTRATE JUDGE KEYS

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is LARRY ORUZA _____ of the county of COOK _____ in the state of ILLONOIS.

3. The defendant is Continental Airport Express, whose street address is 1200 W. 35th Street
(city) Chicago (county) Cook (state) Illonois (ZIP) 60609
(Defendant's telephone number) (773) - 247-1200

4. The plaintiff sought employment or was employed by the defendant at (street address) 1200 W. 35th St. (city) Chicago
(county) Cook (state) Illon (ZIP code) 60609

5. The plaintiff [check one box]

   (a) ☐ was denied employment by the defendant.

   (b) ☐ was hired and is still employed by the defendant.

   (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) **02**, (day) **07**, (year) **2006**.

7.**1**   *(Choose paragraph 7.1 or 7.2, do not complete both.)*

   (a) The defendant is not a federal governmental agency, and the plaintiff [check one box] ☒ has ~~not~~ ☐ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i)   ☐ the United States Equal Employment Opportunity Commission, on or about (month) **09** (day) **06** (year) **2006**.

   (ii)  ☐ the Illinois Department of Human Rights, on or about (month) **06** (day) **12** (year) **2006**.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ YES.  ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2   The defendant is a federal governmental agency, and
   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

   ☐ Yes (month)_____ (day)_____ (year)_____
   ☒ No, did not file Complaint of Employment Discrimination

   2. The plaintiff received a Final Agency Decision on (month) **2** (day) **29** (year) **2008**.

   c. Attached is a copy of the

   a. Complaint of Employment Discrimination,
      ☒ YES   ☐ NO, but a copy will be filed within 14 days.

   (ii) Final Agency Decision
      ☒ YES   ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

   (a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

   (b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) __12__ (day) __17__ (year) __2007__ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's *[check only those that apply]*:

   (a) ☐ Age (Age Discrimination Employment Act).
   (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)
   (d) ☒ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)
   (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983). ✓

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791. ✗

12. The defendant *[check only those that apply]*

    (a) ☐ failed to hire the plaintiff.
    (b) ☒ terminated the plaintiff's employment.
    (c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify): _Plaintiff was terminated without just cause and warning by Manager after a non Supervisor Threated to call police unreasonably. Also same employee named "Brad" abused plaintiff verbally in the presence of Customers on Jan 8th 2006 and Oct 17th 2005. Complaints was made by the customer to manager Neb & AG._

13. The facts supporting the plaintiff's claim of discrimination are as follows:
_Plaintiff was descriminated against due to color and national Origin by not getting equal no of trips as those who were white and Arabic Speaking as the manager Sueleiman Davadi. Also plaintiff experienced horassments of abusive nature if customers were picked up late. Also, plaintiff was mocked upon by waiting for non existing trip at D-Lot or Sent on fake trips without Customer_

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☒ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐ Direct the defendant to (specify): To pay lost wages and authorize payment of workman compensation denied by defendants insurance company as retaliation against plaintiff since Jan 20th 2006.

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)
L. Orutn

(Plaintiff's name)
LARRY ORUTN

(Plaintiff's street address)
7337 S. Shore Dr #412

(City) Chicago  (State) IL  (ZIP) 60649
(Plaintiff's telephone number) (773) - 326 7852

Date: 3-13-08

IN THE US DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

LARRY ORUTA

        Plaintiff        No:

VS

CONTINENTAL AIRPORT EXPRESS

        Defendant

COMPLAINT AT LAW - US DISTRICT COURT THE RIGHT TO SUE CHARGE BY EEOC Dec 17th 2007.

To:

IN THE US DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

INTRODUCTION

Plaintiff is a resident of Cook County and resides in the city of Chicago. Plaintiff was hired by the defedant Continental Airport Express, a corporation doing business in Cook County, Illinois on a contract in August 25th 2005. Plaintiff worked as a shuttle driver and picked up passangers from Chicago airports, to city-surbubian Hotels and US Navy base at Waukegan. Plaintiff worked for the defedants all shifts and 7 days a week until wrongfull termination by defedant on 1-9-06.

IN THE US DISTRICT COURT

OF NORTHERN DISTRICT OF ILLINOIS

CAUSE OF ACTION: DISCRIMINATION

ON 42 USC TITLE VII OF HUMAN RIGHTS ACT 1964 AND 1981.

G. IL HMR ACT 735 § (1-101

h) EEOC § 2000e-2(a) at workplace is subject to constitutional tort action that implies negligence, recklessness and intentional conduct.

1) Monroe vs Page 365 US 167, 5LEd 2d 492, 84 SCT 473 ((961)

2) Walker vs Metropolitan interprise the 519, US 202, 130, L Ed 644 117 SCT. 660 (1997, held that employer has more than 15-20 can be liable in alawsuit both state and federal courts.

US District Court
of Northern District of Illinois

Negligence has been held the act as a requirement of a state of mind.

McDouglas Corp vs Green is 411 US 792, 36 LED 2d 608, 93 SCT 1973, a requirement in plaintiff's assertion of discriminatatory practise by the defedant. 42 USC § 2000e-2(k).

Section 706(a) of title VII allows the plaintiff to seek relief on merits of prima facia violation based on McDouglas Corp vs Green

Conclusion,

Plaintiff has suffered irreparable harm and injury after being wrongfully been terminated and denied state benefits for 2 1/4 years without any income. Plaintiff has been denied state benefits by defedants

5

IN THE US DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

Continental Airport Express despite willingness by the plaintiff to resolve disputed issue e.g. return to employment, payment of state benefits and lost wages compensation. Exhibits will be amended later. Respectfully,

Larry Oruta

| CHARGE OF DISCRIMINATION<br>The Privacy Act of 1974 affects this form: See Privacy act statement before completing this form.<br>#06W0530.13 | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER<br>2006CF3324 |
|---|---|---|

**Illinois Department of Human Rights and EEOC**

| NAME (indicate Mr. Ms. Mrs.)<br>Larry Oruta | | HOME TELEPHONE (include area code)<br>(773) 706-2916 | |
|---|---|---|---|
| STREET ADDRESS<br>3105 N. Ashland Avenue, Apt. #262 | CITY, STATE AND ZIP CODE<br>Chicago, Il 60657 | DATE OF BIRTH | |

NAMED IS THE EMPOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME<br>Continental Air Transport Company Incorporated | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (Include area code)<br>(773) 843-2310 |
|---|---|---|
| STREET ADDRESS<br>1200 W. 35th Street | CITY, STATE AND ZIP CODE<br>Chicago, Il 60609 | COUNTY<br>Cook |

| CAUSE OF DISCRIMINATION BASED ON:<br>NATIONAL ORIGIN   RACE | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA)   LATEST (ALL)<br>01/09/06<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (if additional space is needed attach extra sheets)

I.  A.  ISSUE/BASIS
        UNEQUAL TERMS AND CONDITIONS OF EMPLOYMENT – JANAUARY 9, 2006, DUE TO MY NATIONAL ORIGIN, KENYA

    B.  PRIMA FACIE ALLEGATIONS
        1.  My national origin is Kenya.

        2.  Respondent was aware of my national origin.

        3.  My work performance as shuttle bus operator met Respondent's expectations. I was hired in August, 2005.

        4.  On January 9, 2006, I was subjected to unequal terms and conditions of employment by Suleiman Maradi (Palestine) Airport Manager, in that my commission rate was reduced from seventy percent to forty percent.

        5.  Similarly situated non-Kenya shuttle bus operators were not subjected to the same terms and conditions of employment.

(Continued)

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME ON THIS<br>_[signature]_  6/12/06<br>NOTARY SIGNATURE   MONTH DATE-YEAR |
|---|---|
| "OFFICIAL SEAL"<br>Krystal I. Rogers<br>Notary Public, State of Illinois<br>My Commission Expires Nov. 15, 2006<br>NOTARY SEAL | X _[signature]_ 6/12/06<br>SIGNATURE OF COMPLAINANT   DATE<br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |

FORM 5 (5/05)

Complainant: Larry Oruta
Charge Number: 2006CF3324
Page 2

II. A. ISSUE/BASIS
UNEQUAL TERMS AND CONDITIONS OF EMPLOYMENT JANAUARY 9, 2006, DUE TO MY RACE, BLACK

B. PRIMA FACIE ALLEGATIONS
1. My race is black.

2. My work performance as shuttle bus operator met Respondent's expectations. I was hired in August, 2005.

3. On January 9, 2006, I was subjected to unequal terms and conditions of employment by Suleiman Maradi (non-black) Airport Manager, in that my commission rate was reduced from seventy percent to forty percent.

4. Similarly situated non-black shuttle bus operators were not subjected to The same terms and conditions of employment.

III. A. ISSUE/BASIS
DISCHARGE – JANUARY 9, 2006, DUE TO MY NATIONAL ORIGIN, KENYA

B. PRIMA FACIE ALLEGATIONS
1. My national origin is Kenya.

2. Respondent was aware of my national origin.

3. My work performance as shuttle bus operator met Respondent's expectations. I was hired in August 2005.

4. On January 9, 2006, I was discharged by Suleiman Maradi (Palestine), Airport Manager. No reason was cited for the discharge.

5. My work performance was as good or better than similarly situated non-Kenya shuttle bus operators who were retained.

IV. A. ISSUE/BASIS
DISCHARGE – JANUARY 9, 2006, DUE TO MY RECA, BLACK

B. PRIMA FACIE ALLEGATION
1. My race is black.

2. My work performance as shuttle bus operator met Respondent's expectations. I was hired in August 2005.

(Continued)

Complainant: Larry Oruta
Charge Number: 2006CF3324
Page 3.

3. On January 9, 2006, I was discharged by Suleiman Maradi (non-black), Airport Manager. No reason was cited for the discharge.

4. My work performance was as good or better than similarly situated non-black shuttle bus operators who were retained

HMS/JJT/RCG

EEOC Form 161 (3/98)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**DISMISSAL AND NOTICE OF RIGHTS**

| | |
|---|---|
| To: **Larry Oruta**<br>3105 N. Ashland Ave., #262<br>Chicago, IL 60657 | From: Equal Employment Opportunity Commission<br>Chicago District Office<br>500 West Madison Street<br>Suite 2800<br>Chicago, Illinois 60661-2511 |

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2006-01966 | **Nola Smith, State & Local Coordinator** | (312) 886-5973 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

**- NOTICE OF SUIT RIGHTS -**
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*John P. Rowe*
John P. Rowe, District Director

DEC 17 2007

*(Date Mailed)*

Enclosure(s)

cc: **Continental Air Transport Company, Incorporated**