U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 CV 1518

LARRY ORUTA,
v.
CONTINENTAL AIRPORT EXPRESS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CONTINENTAL AIR TRANSPORT COMPANY, INC., D/B/A AIRPORT EXPRESS, INC.

| | |
|---|---|
| NAME (Type or print)<br>Martin K. LaPointe | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/Martin K. LaPointe | |
| FIRM<br>Burke, Warren, MacKay & Serritella, P.C. | |
| STREET ADDRESS<br>330 N. Wabash Avenue, 22nd Floor | |
| CITY/STATE/ZIP<br>Chicago, IL 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6195827 | TELEPHONE NUMBER<br>312-840-7012 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]  NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]  NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]  NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [ ]  NO [X] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ] | |