U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 08 CV 1518

LARRY ORUTA,
v.
CONTINENTAL AIRPORT EXPRESS.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
CONTINENTAL AIR TRANSPORT CO., INC. d/b/a AIRPORT EXPRESS, INC.

| NAME (Type or print) |
|---|
| Kimberly A. Cloud |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Kimberly A. Cloud |

| FIRM |
|---|
| Burke, Warren, MacKay & Serritella, P.C. |

| STREET ADDRESS |
|---|
| 330 N. Wabash Ave., 22nd Floor |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| #6278478 | 312-840-7000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |