**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Larry Oruta

                                 Plaintiff,

v.                                                       Case No.: 1:08−cv−01518
                                                     Honorable Joan H. Lefkow

Continental Airport Express

                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 27, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow:Status hearing held on 5/27/2008. Plaintiff's oral motion for leave to file amended complaint by 6/17/2008 is granted. Defendant will then answer or otherwise plead by 7/7/2008. Scheduling Conference set for 7/15/2008 at 09:30 AM. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.