IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LARRY ORUTA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 CV 1518 |
| ) | |
| CONTINENTAL AIRPORT EXPRESS, ) | Honorable Joan Humphrey Lefkow |
| ) | Magistrate Judge Keys |
| Defendant. ) | |

**AGREED MOTION TO ALLOW DEFENDANT ADDITIONAL TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant, Continental Air Transport Co., Inc. d/b/a Airport Express, Inc. ("Continental"), respectfully moves this Court to enter, with agreement of Plaintiff, an order extending its time to answer or otherwise plead to Plaintiff's amended complaint from July 7, 2008 to July 28, 2008. In support thereof, Continental states as follows:

1. Plaintiff filed his amended complaint on June 17, 2008.

2. Continental's answer to the amended complaint is due July 7, 2008.

3. With the agreement of Plaintiff's counsel, Continental respectfully requests an additional 21 days, to and including July 28, 2008, to file its answer to the amended complaint. The extension is being requested in order allow the parties an opportunity to explore settlement of this matter.

4. No prejudice or delay will result by the granting of this motion.

WHEREFORE, defendant, Continental Air Transport Co., Inc. d/b/a Airport Express, Inc., respectfully requests that this Court enter an order allowing it an additional

21 days, to and including July 28, 2008, to file its answer to the amended complaint.

                          CONTINENTAL AIR TRANSPORT CO.,
                          INC. D/B/A AIRPORT EXPRESS, INC.,


            By:         s/ Kimberly A. Cloud
                          One of Its Attorneys


Martin K. LaPointe (ARDC #6195827)
Kimberly A. Cloud (ARDC #6278478)
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607
312/840-7000 (Telephone)
312/840-7900 (Facsimile)
475017