IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LARRY ORUTA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 CV 1518 |
| ) | |
| CONTINENTAL AIRPORT EXPRESS, ) | Honorable Joan Humphrey Lefkow |
| ) | Magistrate Judge Keys |
| Defendant. ) | |

## NOTICE OF AGREED MOTION

To:   See Attached Certificate of Service

**PLEASE TAKE NOTICE** that at 9:30 a.m. on the 10th day of July, 2008, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Joan Humphrey Lefkow in Room 1925 at the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, or before any other judge that may be sitting in her place and stead, and then and there present Agreed Motion to Allow Defendant Additional Time to Answer or Otherwise Plead to Plaintiff's Amended Complaint, a copy of which is hereby served upon you.

Respectfully submitted,

CONTINENTAL AIR TRANSPORT COMPANY,
INC. D/B/A AIRPORT EXPRESS, INC.

By:    s/ Kimberly A. Cloud
           One of Its Attorneys

Martin K. LaPointe (ARDC #6195827)
Kimberly A. Cloud (ARDC #6278478)
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave., 22nd Floor
Chicago, Illinois 60611
(312) 840-7000 (Telephone)
(312) 840-7900 (Facsimile)
475026

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, states that she served a copy of the foregoing Notice of Motion and Agreed Motion to Allow Defendant Additional Time to Answer or Otherwise Plead to Plaintiff's Amended Complaint upon:

>Mr. Matthew James Straub
>Ogletree Deakins Nash Smoak & Stewart PC
>20 South Clark Street
>25th Floor
>Chicago, IL 60603
>Email: matthew.straub@odnss.com

via email through the electronic filing system for the United States District Court for the Northern District of Illinois, Eastern Division on this 7th day of July, 2008.

s/ Kimberly A. Cloud