**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Larry Oruta

                     Plaintiff,

v.                                                    Case No.: 1:08−cv−01518
                                                  Honorable Joan H. Lefkow

Continental Air Transport Co., Inc.

                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 7, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow:Defendant's agreed motion for additional time to 7/28/2008 to answer or otherwise plead [16] is granted. Scheduling Conference is reset from 7/10/2008 to 7/31/2008 at 10:00 AM. Mailed and telephoned notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.