IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LARRY ORUTA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08 CV 1518 |
| | ) |
| CONTINENTAL AIRPORT EXPRESS, | ) Honorable Joan Humphrey Lefkow |
| | ) Magistrate Judge Keys |
| Defendant. | ) |

## NOTICE OF FILING

To:   See Attached Certificate of Service

**PLEASE TAKE NOTICE** that on the 28th day of July, 2008, the undersigned caused to be filed Defendant's Answer and Affirmative Defenses to Plaintiff's Amended Complaint, in the Clerk's Office for the United States District Court, Northern District of Illinois, Eastern Division, a copy of which is herewith served upon you.

> Respectfully submitted,
>
> CONTINENTAL AIR TRANSPORT CO., INC.
> D/B/A AIRPORT EXPRESS, INC.
>
>
> By:_____s/ Kimberly A. Cloud_____
>           One of its Attorneys

Martin K. LaPointe (ARDC #6195827)
Kimberly A. Cloud (ARDC #6278478)
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave., 22nd Floor
Chicago, Illinois 60611
(312) 840-7000 (Telephone)
(312) 840-7900 (Facsimile)
477122

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that she served a copy of the foregoing Notice of Filing and Defendant's Answer and Affirmative Defenses to Plaintiff's Amended Complaint upon:

Matthew James Straub
Ogletree Deakins Nash Smoak & Stewart PC
20 South Clark Street
25th Floor
Chicago, IL 60603
Email: matthew.straub@odnss.com

via email through the electronic filing system for the United States District Court for the Northern District of Illinois, Eastern Division on this 28th day of July, 2008.

                                                  s/ Kimberly A. Cloud