Order Form (01/2005) 

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1518 | **DATE** | 7/31/2008 |
| **CASE TITLE** | Oruta vs. Continental Air Transport Co. | | |

**DOCKET ENTRY TEXT**

Enter Scheduling Order. Amendments to the pleadings and/or joinder of additional parties may be sought upon appropriate motion by 10/10/2008. Non-expert discovery will close on 1/23/2009. Cut-off date for designation of plaintiff's trial expert(s) is 2/27/2009; for defendant's trial expert(s) is 3/27/2009. Status hearing set for 12/4/2008 at 9:30 a.m. for parties to report on the possibility of settlement.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 AUG -4 PM 5:39
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | MD |
|---|---|---|